CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 2 4 2006

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

UNITED STATES OF AMERICA,           )
                                    )
      Plaintiff,                     )    Case No. 7:04CV00401
                                    )
v.                                  )
                                    )        **ORDER**
MARGARET BLACKBURN,                 )
                                    )    By:  James C. Turk
      Defendant.                     )    Senior United States District Judge

In accordance with the accompanying Memorandum Opinion, it is hereby

## ORDERED

That the Plaintiff's Motion for Summary Judgment (dkt no. 15) shall be and is hereby,

**GRANTED**.

    **IT IS FURTHER ORDERED**, that the Defendant's Motion for Summary Judgment

(dkt. no. 19) shall be and is hereby, **DENIED**.

    **IT IS FURTHER ORDERED**, that the Plaintiff will submit to the Court, a calculation

as to the amount that the Defendant is delinquent on the promissory note and subsidy repayment

agreement as of the date of this Order.

    The Clerk is directed to send certified copies of this Order to all counsel of record.

      ENTER:    This _2 4th_ day of March, 2006.

                        James C. Turk
                        Senior United States District Judge

12